1046

[No. 71121-1-I.  Division One.  October 6, 2014.]

LONGWELL ARBORS, LLC, ET AL., *Respondents*, v. CPI POOL II FUNDING, LLC, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-2-32888-7, Jay V. White, J., entered October 25, 2013. *Reversed* and *remanded* by unpublished opinion per Leach, J., concurred in by Spearman, C.J., and Schindler, J.

[No. 71471-6-I.  Division One.  October 6, 2014.]

*In the Matter of the Personal Restraint of* DERRICK O. STANTON, *Petitioner*.

Petition for relief from personal restraint. *Granted* and *remanded* by unpublished per curiam opinion.

[No. 44984-6-II.  Division Two.  October 7, 2014.]

*In the Matter of the Personal Restraint of* CHRISTOPHER LEE OLSEN, *Petitioner*.

Petition for relief from personal restraint. *Denied* by unpublished opinion per Lee, J., concurred in by Bjorgen, A.C.J., and Hunt, J. Pro Tem.

[No. 31578-9-III.  Division Three.  October 9, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY LAMAR ALLEN, SR., *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 07-1-03758-7, Kathleen M. O'Connor, J., entered April 10, 2013. *Affirmed* by unpublished opinion per Fearing, J., concurred in by Brown, A.C.J., and Lawrence-Berrey, J.